IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **LEONARD LEE LIGHT,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | **Case No. 3:04-0460** |
| **v.** ) | **Judge Trauger** |
| ) | **Magistrate Judge Griffin** |
| **MAPCO PETROLEUM, INC., d/b/a,** ) | |
| **MAPCO EXPRESS d/b/a/ DELTA** ) | **JURY DEMAND** |
| **EXPRESS,** ) | |
| ) | |
|     **Defendant.** ) | |

## ORDER

For the reasons expressed in the accompanying memorandum, defendant MAPCO Express, Inc.'s Motion for Summary Judgment (Docket No. 16) is **GRANTED** and the claims of plaintiff Leonard Lee Light are **DISMISSED**.

It is so **ORDERED**.

Enter this 4th day of August 2005.

_____
ALETA A. TRAUGER
United States District Judge